**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Jalen T. Badger, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2019-001183

---

Appeal From Aiken County
R. Lawton McIntosh, Plea Judge
J. Cordell Maddox, Jr., Post-Conviction Relief Judge

---

Unpublished Opinion No. 2024-UP-085
Submitted March 1, 2024 – Filed March 20, 2024

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Wanda H. Carter, of Columbia, for Petitioner.

Attorney General Alan Wilson and Assistant Attorney General Danielle Dixon, both of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Jalen T. Badger's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**[1]

**THOMAS, MCDONALD, and VERDIN, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.